UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| Abi Roy Dubitzky a/k/a Roy Miller,<br><br>    Plaintiff,<br><br>v.<br><br>Google LLC,<br><br>    Defendant. | Civil Action No.: 1:23-cv-20726-PCH |

**JOINT STIPULATION EXTENDING DEADLINE
FOR DEFENDANT TO RESPOND TO COMPLAINT**

Plaintiff Abi Roy Dubitzky a/k/a Roy Miller ("***Plaintiff***"), *pro se*, and Defendant Google LLC ("***Google***"), hereby jointly agree and stipulate to a fourteen (14) day extension of time for Google to answer or otherwise respond to the Complaint. Google removed this action to this Court on February 24, 2023, and pursuant to Fed. R. Civ. P. 81(c)(2)(C), the current deadline for Google to answer or otherwise respond to the Complaint is March 3, 2023. The Parties are discussing a potential resolution of this action, and have agreed to extend Google's response deadline to facilitate these discussions.

Accordingly, the Parties have stipulated and agreed to extend Google's deadline to answer or otherwise respond to the Complaint through and including March 17, 2023.

[signatures on next page]

Respectfully submitted this 24th day of February, 2023.

| **Abi Roy Dubitzky a/k/a Roy Miller** | **Bryan Cave Leighton Paisner, LLP** |
|---|---|
| */s/ Abi Roy Dubitzky* | */s/ Damon J. Whitaker* |
| Abi Roy Dubitzky a/k/a Roy Miller | Ezequiel J. Romero, Esq. |
| 6220 S.W. 84th Street | Florida Bar No. 107216 |
| Miami, Florida 33143 | 200 South Biscayne Blvd., Ste 400 |
| Tel: (786) 327-4973 | Miami, FL 33131 |
| Email: roy@millernt.com | Tel: (786) 322-7500 |
| | Email: ezequiel.romero@bclplaw.com |
| *Pro Se Plaintiff* | |
| | Damon J. Whitaker, Esq. |
| | Florida Bar No. 0923591 |
| | Kevin Arocha, Esq. |
| | Florida Bar No. 1019330 |
| | 1201 W. Peachtree St. NW, |
| | One Atlantic Center, 14th Floor |
| | Atlanta, GA 30309 |
| | Tel: (404) 572-6600 |
| | Email: damon.whitaker@bclplaw.com |
| | Email: kevin.arocha@bclplaw.com |
| | |
| | *Attorneys for Defendant Google LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2023, a true and correct copy of the foregoing **Joint Stipulation Extending Deadline for Defendant to Respond to Complaint** was electronically filed using the Court's ECF system, and was also served on Plaintiff via email at roy@millernt.com.

*/s/ Damon J. Whitaker*
One of the attorneys for Defendant
Google LLC

#606459418_1